UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

February 8, 2016

MEMO TO COUNSEL RE:  IN RE:  Nutramax Cosamin Marketing
and Sales Practices Litigation
Civil No. JFM-14-2498

Dear Counsel:

Plaintiff has filed a "voluntary dismissal pursuant to FRCP Rule 41(a)(2)." Originally, plaintiff sought to dismiss the actions in this multidistrict litigation without prejudice. In their reply memorandum, they request that the dismissals be with prejudice.

Plaintiffs are not entitled to voluntarily dismiss these actions in light of the fact that defendants have filed answers and the matter has been extensively litigated. However, I am persuaded that I should treat the documents filed by plaintiffs as "requests for dismissal" and grant them as such. The pendency of the motions for summary judgment filed by Wal-Mart Stores, Inc. and Rite Aid Corporation in the *Dorfman* litigation is not dispositive since the plaintiff is dismissing his actions with prejudice.

Defendants are correct that in light of the fact that I have ruled against plaintiffs in a decision that was affirmed by the Fourth Circuit, plaintiffs may be engaged in forum shopping. However, if only one future class action is filed, the court handling that action may appropriately consider my decision and the decision of the Fourth Circuit in deciding whether a plaintiff has stated a viable claim. If that judge disagrees with my decision (or the appellate court disagrees with the Fourth Circuit) the Supreme Court may consider the matter.

If more than one future class action is filed, the Panel on Multidistrict Litigation might well consider the tactics allegedly used by plaintiffs and consider transferring the actions to me even if one is not filed in Maryland.

A separate order treating plaintiff's "voluntary dismissal" as a request for dismissal is with prejudice is being entered herewith.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge